Exhibit A



FBI_003-000068

Exhibit B



FBI_003-000069

Exhibit C



FBI_003-000070

Exhibit D

**From:** Gudgel, Steve (USMS)
**Sent:** Friday, January 18, 2019 9:33 AM
**To:** Tom Rena
**Subject:** Floyd info

Drianna had scheduled a bus from Rockford to Chicago then train to Springfield on 01/17/19. Then a return train back from spfld to chicago with a bus to Rockford today 1/18/19 For some reason she didn't use the tickets. She never showed up. She was using the email: IAMNOTDA1OK@gmail.com. And put cell as 314-818-9123. She had booked a train in i believe it was 2017 using number of 217-717-6499. Unknown if still using or has that number. The 217-816-8145 was used under name Christia Steward and the 217-741-7209 was booked under a Jill Cagle

Thats it for now

Investigator Steve Gudgel
United States Marshal Service
C/IL Great Lakes Regional Fugitive Task Force

This message has been scanned for malware by Websense. www.websense.com

Exhibit E

**Bucci, Talia (USAILN)**

**From:** Smith, Jeremy K. (CG) (FBI)
**Sent:** Thursday, July 25, 2019 2:30 PM
**To:** Bucci, Talia (USAILN)
**Subject:** FW: Floyd info

**From:** Jared Bierbaum [mailto:
**Sent:** Thursday, July 25, 2019 2:18 PM
**To:** Smith, Jeremy K. (CG) (FBI)
**Subject:** Fw: Floyd info

**From:** Jared Bierbaum
**Sent:** Friday, January 18, 2019 10:01 AM
**To:** Tom Rena                    ; Jack McQueen
**Subject:** Re: Floyd info

Hey Yo Tommy,

The 217-741-7209 phone number for "Jill Cagle" is Floyd Brown's phone number he was using for a large part of the burglaries. The phone number actually comes back to Drianna Wright.

The 217-816-8145 phone number for "Christia Steward" is an old number of Shameka Beard-McAllister that she used back in the summer of 2018.

I put forth a subpoena for Drianna's phone number yesterday, but I will also submit another one with the new 314-818-9123 phone number.

- JB

**From:** Tom Rena
**Sent:** Friday, January 18, 2019 9:50:57 AM
**To:** Jack McQueen; Jared Bierbaum
**Subject:** Fw: Floyd info

from our TFO out of springfield. We now have Dri West and Floyd flagged for the purchase of bus tickets and train tickets.

Tom Rena
Bloomington Police Department/U.S. Marshal Task Force

1

Exhibit F

**Subject:** Re: Your LERT Case (#190051133) case packet titled "Case_190051133_Records_" Response vzwappsecure

Here you go. See attached.

Jack McQueen
Supervisor, Crime and Intelligence Analysis Unit
Bloomington Police Department
▇▇▇▇▇▇▇
305 S. East St., Bloomington, IL 61701

Websense: Click here to report this email as spam.

Exhibit G

**From:** Freeman, Frederick (USMS)
**Sent:** Wednesday, March 6, 2019 6:32 AM
**To:** Kmett, Craig (USMS) <CKmett@usms.doj.gov>
**Cc:** Moran, Brent (USMS) <BMoran@usms.doj.gov>; Leibas, Phillip (USMS) <PLeibas@usms.doj.gov>
**Subject:** RE: Floyd Brown FID#2082148 (STATE)

Verizon has gps now fyi. Hits are trash though in rockford. Cc'ing Phillipe and brent, whoever you send the lead to needs to reach out to them.

---

**From:** Kmett, Craig (USMS)
**Sent:** Tuesday, March 5, 2019 10:47 AM
**To:** Freeman, Frederick (USMS) <FFreeman@usms.doj.gov>
**Subject:** Floyd Brown FID#2082148 (STATE)

Fred,

They think they have a good # for Floyd Brown's girlfriend. Everyone interviewed says Floyd and her are together in the Rockford area. Let me know if they can get Order on her phone (Verizon).

Thanks

Craig

U//FOUO//LES

**CRAIG KMETT**
**DEPUTY UNITED STATES MARSHAL**
**C/IL-SPRINGFIELD**
███████████ **CELL**
**217-492-5008 DESK**
**217-492-4457 FAX**

---

**From:** Tom Rena [mailto:trena@cityblm.org]
**Sent:** Tuesday, March 5, 2019 9:28 AM
**To:** Kmett, Craig (USMS) <CKmett@usms.doj.gov>
**Subject:** Fw: Your LERT Case (#190051133) case packet titled "Case_190051133_Records_" Response vzwappsecure

Attached is a phone number that Drianna Wright gave to AMTRAK. There are several calls that makes me believe that she is using this phone. Can we go up on it?

Tom Rena
Bloomington Police Department/U.S. Marshal Task Force
███████████

---

**From:** Jack McQueen
**Sent:** Monday, March 4, 2019 4:56 PM
**To:** Jared Bierbaum
**Cc:** Tom Rena

4

Exhibit H

**From:** DiLuigi, Dominic (USMS)
**Sent:** Wednesday, March 6, 2019 9:42 AM
**To:** Moran, Brent (USMS) <BMoran@usms.doj.gov>
**Subject:** Re: Floyd Brown FID#2082148 (STATE)

Flannery from McHenry will be handling.

MEFlannery@mchenrycountyil.gov

Sent from my iPhone

On Mar 6, 2019, at 9:22 AM, Moran, Brent (USMS) <BMoran@usms.doj.gov> wrote:

U//FOUO//LES

Brent Moran
US Marshals Service
TOG-NCR

-------- Original message --------
From: "Kmett, Craig (USMS)" <CKmett@usms.doj.gov>
Date: 3/6/19 8:45 AM (GMT-06:00)
To: "Freeman, Frederick (USMS)" <FFreeman@usms.doj.gov>
Cc: "Moran, Brent (USMS)" <BMoran@usms.doj.gov>, "Leibas, Phillip (USMS)" <PLeibas@usms.doj.gov>
Subject: RE: Floyd Brown FID#2082148 (STATE)

Copy. Did the Subscriber have anything good on it? We have nothing right now in Rockford, just have been told they both fled there. I served Comcast on Facebook IP yesterday but have a feeling it is going to come back with Springfield address (where he is paroled). Tommy is going to work up some more and I will touch base with Phil & or Brent in next couple days.

So I assume no PEN with Verizon since they have GPS now?

Thanks

Craig

U//FOUO//LES

**CRAIG KMETT**
**DEPUTY UNITED STATES MARSHAL**
**C/IL-SPRINGFIELD**
CELL
**217-492-5008 DESK**
**217-492-4457 FAX**

3

FBI_002-000151

Exhibit I

Based upon this location (I-90/ Rt 20, Rockford), heavily populated with hotels, and the fact that there is a call to Extended Stay Hotel in the phone records; would any of you have any objections with us doing surveillance today and/or checking with hotel management (in an undercover fashion) to see if either Brown or Drianna Wright are listed as guests at the extended stay or any of the hotels in the Geo Fence.

Where the 2 Geo Fence's intersect is where the Extended Stay hotel is located.



From: Leibas, Phillip (USMS) [mailto:Phillip.Leibas@usdoj.gov]
Sent: Thursday, March 7, 2019 6:36 AM
To: Michael Flannery <MEFlannery@mchenrycountyil.gov>; 'Tom Rena' <trena@cityblm.org>
Cc: Kmett, Craig (USMS) <Craig.Kmett@usdoj.gov>; Freeman, Frederick (USMS) <Frederick.Freeman@usdoj.gov>
Subject: RE: Floyd Brown FID#2082148 (STATE)

Updated mapshots. I would check those hotels where gps overlaps.

From: Leibas, Phillip (USMS)
Sent: Wednesday, March 6, 2019 8:12 PM
To: 'Michael Flannery' <MEFlannery@mchenrycountyil.gov>; Tom Rena <trena@cityblm.org>
Cc: Kmett, Craig (USMS) <CKmett@usms.doj.gov>; Freeman, Frederick (USMS) <FFreeman@usms.doj.gov>
Subject: FW: Floyd Brown FID#2082148 (STATE)

Here are the records and mapshot for BROWN in Rockford.

From: Moran, Brent (USMS)
Sent: Wednesday, March 6, 2019 1:13 PM
To: Leibas, Phillip (USMS) <PLeibas@usms.doj.gov>
Subject: FW: Floyd Brown FID#2082148 (STATE)

See who is handling below

U//FOUO//LES

Brent Moran
US Marshals Service
TOG-NCR
Cell:

2

Exhibit J

# Michael Flannery

**From:** Michael Flannery
**Sent:** Thursday, March 7, 2019 7:30 AM
**To:** 'DiLuigi, Dominic (USMS)'
**Subject:** FW: Floyd Brown FID#2082148 (STATE)

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

Just to keep you in the loop (what Jake called you about), my original email towards bottom to Phil.

---

**From:** Tom Rena [mailto:trena@cityblm.org]
**Sent:** Thursday, March 7, 2019 7:22 AM
**To:** Leibas, Phillip (USMS) <Phillip.Leibas@usdoj.gov>; Michael Flannery <MEFlannery@mchenrycountyil.gov>
**Cc:** Kmett, Craig (USMS) <Craig.Kmett@usdoj.gov>; Freeman, Frederick (USMS) <Frederick.Freeman@usdoj.gov>
**Subject:** Re: Floyd Brown FID#2082148 (STATE)

My only thing is if he is looking out the window and see's any police he will flee (Or anyone that even looks like the police). Even before he was wanted we know he had at least 4 different phone, and she had 3 different ones. I am not sure how long this phone will be active with them but I don't want to spook him. It took us almost 3 months to come up with this one. They are very cautious and paranoid. When he was doing burglaries he always did some sort of counter surveillance to make sure he was not being followed. If they do have a car he will surely flee in it if he gets a chance. For being older his is very fast on his feet. He will have no hesitation on leaving her behind. As of right now he is looking at life in prison and he knows it.

Tom Rena
Bloomington Police Department/U.S. Marshal Task Force

---

**From:** Leibas, Phillip (USMS) <Phillip.Leibas@usdoj.gov>
**Sent:** Thursday, March 7, 2019 7:06 AM
**To:** 'Michael Flannery'; Tom Rena
**Cc:** Kmett, Craig (USMS); Freeman, Frederick (USMS)
**Subject:** RE: Floyd Brown FID#2082148 (STATE)

I have no problem with it but I defer to Kmett/Freeman.

I would not be able to track until Monday. I am currently tracking 2 cases in Gary, Indiana and I am off tomrw, Friday.

---

**From:** Michael Flannery [mailto:MEFlannery@mchenrycountyil.gov]
**Sent:** Thursday, March 7, 2019 6:43 AM
**To:** Leibas, Phillip (USMS) <PLeibas@usms.doj.gov>; 'Tom Rena' <trena@cityblm.org>
**Cc:** Kmett, Craig (USMS) <CKmett@usms.doj.gov>; Freeman, Frederick (USMS) <FFreeman@usms.doj.gov>
**Subject:** RE: Floyd Brown FID#2082148 (STATE)

1