UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**FILED**

SEP 22 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Floyd Brown  )  Case Number: 23 CV 50312
Petitioner   )

### Motion to Stay 2255

I Floyd Brown ask the Court to Stay my 2255 Motion for the following reasons.

On or about August 24, 2023 I filed a petition to vacate my sentence pursuant to 28 U.S.C. 2255 by legal mail / mail box rule with the District Court in Rockford, Illinois.

On the same day of August 24, 2023 I was called to the Records office at USP McCreary and informed that McLean County, Illinois had issued a Form V request for temporary custody through the Interstate Agreement on Detainers Act (IADA).

At some point weeks later Supervisory

Correctional Systems Specialist J. Schreck called me back to the records office and told me that I had to file an appeal to the Warden via request slip asking him not to send me back to Illinois for whatever reasons.

I filled out a request slip to the warden stating the reasons why I should be allowed to stay at USP McCreary and not go back to Illinois. I gave the warden my request slip at lunch/main line and he denied my request.

McLean County, Illinois will be coming to get me to take me back to Illinois sometime after September 24, 2023 to face burglary charges. While in Illinois I will be separated from all my legal material that I will need in order to properly address various stages of my 2255 Motion making it virtually impossibility to adequately argue my 2255 Motion.

I don't know how long I will be in McLean County or when the burglary charges will be resolved.

So for the reasons listed above I ask the Court to grant me a stay on my 2255 Motion pending my return to USP McCreary where I will be able to adequately argue my 2255 Motion

Respectfully Submitted,

Floyd Brown

9-17-23