BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden J. Gilley | DATE: 9-13-23 |
|---|---|
| FROM: Brown | REGISTER NO.: 53900424 |
| WORK ASSIGNMENT: N/A | UNIT: 5A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

McClean County, Il wants to bring me back to the state through a IADA. At the present moment I have a 2255 motion pending in federal court case number 23 CV 50312. I need to be here with my legal material so that I can address my motion. If I fail to respond to any letters or motions from the Court my case will be dismissed for want of prosecution. I plan to address my Detainers after my 2255 motion is resolved. I ask that you allow me to stay here to fight my motion and go to Illinois after my motion is finished.

(Do not write below this line)

DISPOSITION:

Denied

| Signature Staff Member | Date 9/15/23 |
|---|---|

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER    SECTION 6



**U.S. Department of Justice**
Federal Bureau of Prisons
United States Penitentiary
McCreary

Pine Knot, Kentucky 42635

August 24, 2023

**MEMORANDUM FOR FILE**

**FROM:** J. Schreck, SCSS

**SUBJECT:** Notification of Request for Temporary Custody – IADA

**TO:** Brown, Floyd Register # 53900-424

The State of Illinois, Mclean County, has issued a Form V Request for Temporary Custody, for the purpose of prosecution on the charges of Residential Burglary ( 3 Counts ).

Upon receipt of this notification, you have thirty (30) days in which to file a written appeal to the Warden, if you so desire. If you do not wish to file an appeal, you may waive the thirty (30) day waiting period.

If there is no finding to deny the state's request, you will be temporarily turned over to the state initiating the request.

---

I have hereby received a copy of this notice.

    X_____ I request the thirty (30) day waiting period.

    _____ I waive the thirty (30) day waiting period.

_Floyd Brown_       8-24-23
Inmate Signature and Reg. No.      Date

_J. Macy_
Staff Witness