

Name Floyd Brown
Reg. No. 55100-424 Unit 5A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

7022 2410 0001 0521 6205

United States District
Northern District of Illinois
Clerk of the Court
327 South Church Street
Rockford, IL 61101

SCREENED
SEP 22 2023
US MARSHALS

