Floyd Brown

**FILED**
OCT -6 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 23 CV 50312

I would like to make the Court Aware that I am now being held in the McLean County Jail located in Bloomington, Il any mail pretaining to the above mentioned case should be sent to me at the Mclean County Jail located at 104 W. Front St Bloomington, Il 61701

Floyd Brown

10-3-23